FILED BY ___ D.C.

UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 MAY 10  PM 1: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **CHERIE LINDBERG,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **UT MEDICAL GROUP, INC., and** | **CASE NO: 03-2543-B** |
| **UT MEDICAL GROUP MEDICAL** | |
| **AND DENTAL GROUP BENEFIT PLAN,** | |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the orders of this Court and the decision of the UT Medical Group Plan Administrator on remand, resulting in the Plaintiff obtaining the relief sought, this action is hereby dismissed with judgment entered in favor of the Plaintiff, Cherie Lindberg, for an award of attorney's fees pursuant to the Order Granting Plaintiff's Motion For Award Of Attorney's Fees And Costs entered on April 28, 2005.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

May 10, 2005
Date

ROBERT R. DI TROLIO
_____
**Clerk of Court**

_____
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-11-05

90

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:03-CV-02543 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Jill M. Steinberg
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT